UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GWENDOLYN PIERRE, ET AL. | * | CIVIL ACTION NO. 17-1013 |
| | * | |
| | * | SECTION: "N"(1) |
| VERSUS | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| T&K EXPRESS, INC. | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

ORDER

The Court, after considering the Motion to Enforce Settlement, the memoranda in support, the memoranda in opposition, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiffs' objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion to Enforce Settlement be **GRANTED**.

New Orleans, Louisiana, this 19th day of March, 2018.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE