UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GWENDOLYN PIERRE, ET AL. | * | CIVIL ACTION NO. 17-1013 |
| | * | |
| | * | SECTION: "S"(1) |
| VERSUS | * | |
| | * | JUDGE MARY ANN VIAL LEMMON |
| | * | |
| T&K EXPRESS, INC., ET AL. | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER

The Court, after considering the memoranda, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the **Motion to Enforce Priority Lien for Attorneys' Fees and Costs** (Rec. Doc. 142) is **DENIED** as premature.

New Orleans, Louisiana, this 6th day of December, 2018.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**