# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GWENDOLYN PIERRE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-1013** |
| **T&K EXPRESS, INC.** | **SECTION: "S" (1)** |

## ORDER AND REASONS

Before the court are **Motions to Approve Settlement of Claims/Liens of All Known Healthcare Providers and for Partial Disbursement of Funds**, filed by plaintiffs Percy Ross (Rec. Doc. 182), Felicia Pierre (Rec. Doc. 183), and Gwendolyn Pierre (Rec. Doc. 184).

In their motions, plaintiffs seek to have this court approve certain settlements with health care providers and lenders, and disburse funds accordingly. However, the relief requested contemplates service of the motions, memoranda, exhibits, and notices of hearing upon those believed to be healthcare providers, suggesting that the court is being asked to approve settlements before the settling parties have been apprised of the terms. The motions further request that the disbursements be paid from the registry upon written or verbal proof that the payees have not sold their claims, have authority to settle and compromise their claims, and accept the amount in final settlement of any and all claims, suggesting that counsel for movants' has not conclusively established the proposed payees entitlement to disbursements. Moreover, the requests for disbursement do not comply with the requirements of L.R. 67.3, "Disbursement

of Registry Funds." Therefore,

**IT IS HEREBY ORDERED** that the motions are **DENIED**.

New Orleans, Louisiana, this  17th  day of September, 2019.

                **MARY ANN VIAL LEMMON**
                **UNITED STATES DISTRICT JUDGE**